**FILED**
OCT 1 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AUSA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>Alfredo ACOSTA<br><br>        Defendant. | Magistrate Case No.:<br><br>**'07 MJ 8851**<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about October 15, 2007, within the Southern District of California, defendant Alfredo ACOSTA did knowingly and intentionally import approximately 48.04 kilograms (105.69 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Chad N. Worgen, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 16th DAY OF OCTOBER 2007.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Alfredo ACOSTA

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to United States Immigration and Customs Enforcement Special Agent Chad N. Worgen.

On October 15, 2007, at approximately 1805 hours, Alfredo ACOSTA entered the United States from Mexico at the Calexico, CA East Port of Entry. ACOSTA was the driver and sole occupant of a 1996 Dodge Ram pickup truck with Arizona temporary license plate TH3582.

Customs and Border Protection Officer (CBPO) A. Lopez was assigned primary inspectional duties and received two negative oral Customs declarations from ACOSTA. Lopez asked for identification, and ACOSTA stated he did not have it with him. During questioning, Lopez observed ACOSTA was nervous because he kept moving around in his seat and could not remain still. Lopez referred ACOSTA and the vehicle to the secondary lot for a more intensive inspection.

CBPO E. Medina was assigned secondary inspectional duties in vehicle secondary. Medina approached ACOSTA and received a negative oral Customs declaration. During questioning, Medina observed ACOSTA was nervous by his hands shaking and looking away when responding to questions. Medina requested Canine Enforcement Officer (CEO) B. Pyburn to screen the vehicle with his canine.

CEO Pyburn informed Medina that his canine alerted to the pickup truck. Upon further inspection, Medina discovered a non-factory compartment located within the interior portion of the rear cab wall. Medina extracted sixty-six (66) packages from the compartment. Medina probed a package that produced a green leafy substance that tested positive for marijuana. The total weight of the packages was 48.04 kilograms (105.69 pounds) of marijuana.

ACOSTA was arrested for violation of Title 21 U.S.C. 952 and 960, Importation of a Controlled Substance. ACOSTA was advised of his Miranda rights and agreed to answer questions. ACOSTA admitted he knew marijuana was to be concealed within the pickup truck. ACOSTA stated that he paid $10,000 U.S. dollars for a portion of the marijuana. ACOSTA also stated that he was to receive $1,000 U.S. dollars for smuggling an additional portion of marijuana.