FILED
NOV 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____EF____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>　　v. )<br>ALFREDO ACOSTA, )<br>　　　　　Defendant. ) | Criminal Case No. 07CR3153-H<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of marijuana (Felony) |

The United States Attorney charges:

On or about October 15, 2007, within the Southern District of California, defendant ALFREDO ACOSTA, did knowingly and intentionally import 48.04 kilograms (approximately 105.69 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 20, 2007.

　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　/s/ John T. Wen
　　　　　　　　　　　　　　　DAVID D. LESHNER
　　　　　　　　　　　　　　　Assistant U.S. Attorney

DDL:rp:San Diego
11/20/07