# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 07mj8851 |
| | ) | 07CR3153-H |
| vs | ) | ABSTRACT OF ORDER |
| | ) | |
| | ) | Booking No. _____ |
| Alfredo Acosta | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __12-3-07__
the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓__ Defendant released on $ __15,000 p/s__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**PETER C. LEWIS**
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.  Clerk
by _J. Flores_
Deputy Clerk

Received _____
DUSM

Crim-9  (Rev 6-95)                                  ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY