1  CHARLES H. ADAIR
   ATTORNEY AT LAW
2  533 F STREET, STE. 212
   SAN DIEGO, CA 92101
3  619/233-3161
   STATE BAR NUMBER: 52163
4
5  ATTORNEY FOR DEFENDANT

8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,   )  CASE NO: 07CR3153-H
                                )
14      Plaintiff,              )
                                )
15      vs.                     )  EX-PARTE APPLICATION FOR APPROVAL
                                )  OF EXTRAORDINARY INVESTIGATOR
16 ALFREDO ACOSTA,              )  FEES AND ORDER THEREON
                                )
17      Defendant               )

20   CHARLES H. ADAIR hereby declares:

21   I am the attorney appointed under the Criminal Justice Act to represent MR. ACOSTA in the
22 above-entitled case.

23   This is an Calexico border bust with approximately 48 kgms of marijuana. Mr. Acosta's family
24 are in Yuma, Arizona. I needed the investigator to travel to the Imperial County Jail and interview
25 and advise Mr. Acosta. She did this with two other CJA clients with the same trip. I still need
26 interviews with the family and past employers for the purpose of sentencing.

27   For the above stated reasons, we request that extraordinary investigative expenses in the

-2-

sum of $550.00 for 10 additional hours at $55 per hour be approved for investigator Alejandra Espinal.

Dated: December 11, 2007

                                              <u>S/CHARLES H. ADAIR</u>
                                              CHARLES H. ADAIR,
                                              Attorney for Defendant