1  CHARLES HALLIGAN ADAIR
   Attorney at Law
2  533 F Street, Ste. 212
   San Diego, CA 92101
3  Telephone: (619) 233-3161
   Fax:(619) 233-3127
4  State Bar # 52163

5

   Attorney for: Defendant
6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10
                                          )
11  UNITED STATES OF AMERICA,              )   CASE NO: 07CR3153-H
                                          )
12          Plaintiff,                     )   CERTIFICATE OF SERVICE
                                          )
13          vs.                            )
                                          )
14  ALFREDO ACOSTA,                        )
                                          )
15          Defendant                      )
                                          )
16                                         )
                                          )
17                                         )
                                          )
18  _____ )

19    IT IS HEREBY CERTIFIED that:

20     I, CHARLES H. ADAIR, a citizen of the United States over the age of 18 years and a resident

21  of San Diego County, California, whose business address is 533 F Street, Ste. 212, San Diego,

22  California, 92101; and is not a party to the above-entitled action and subsequent to electronically

23   filing with the Clerk of the Court, I personally served a copy of :

24  EXPARTE APPLICATION FOR APPROVAL OF EXTRAORDINARY INVESTIGATOR
25  FEES AND ORDER THEREON

26  TO: DAVID LESHNER, AUSA
        UNITED STATES ATTORNEY'S OFFICE
27      880 FRONT STREET. ROOM 6293
        SAN DIEGO, CA 92101
28
    BY: electronically filing

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2007

                                      <u>S/CHARLES H. ADAIR</u>
                                      CHARLES H. ADAIR