UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: O7CR3153-H |
| Plaintiff, | |
| vs. | ORDER FOR INVESTIGATIVE PAYMENT |
| ALFREDO ACOSTA, | |
| Defendant | |

Good cause appearing therefore:

IT IS HEREBY ORDERED that an additional 10 hours of investigative time at the rate of $55 per hour for a total of $550.00 for Investigator ALEJANDRA ESPINAL is hereby approved and to be paid for under the Criminal Justice Act.

Dated: December 13, 2007

_____
THE HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT COURT JUDGE

-1-

-2-