| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | MICHELLE M. PETTIT<br>Assistant United States Attorney |
| 3 | California State Bar No. 253406<br>United States Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7450<br>Facsimile:  (619) 235-2757 |
| 6 | Email: michelle.pettit@usdoj.gov |
| 7 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3153-H |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| ALFREDO ACOSTA, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None

1  Effective this date, the following attorneys are no longer associated with this case and should
2  not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  Name
6  None

7  Please call me at the above-listed number if you have any questions about this notice.
8  DATED: February 8, 2008.

           Respectfully submitted,

           KAREN P. HEWITT
           United States Attorney

           /s/ *Michelle M. Pettit*

           MICHELLE M. PETTIT
           Assistant United States Attorney

           Attorneys for Plaintiff
           United States of America

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALFREDO ACOSTA,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07CR3153-H<br><br><br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Michelle M. Pettit, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated February 8, 2008, and this Certificate of Service, dated February 8, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Charles H. Adair**
Law Offices of Charles H. Adair
533 F Street
Suite 212
San Diego, CA 92101
(619)233-3161
Fax: (619)233-3127
Email: adair.c@sbcglobal.net
*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2008.

　　　　　　　　　　　　　　　　　　/s/ **Michelle M. Pettit**
　　　　　　　　　　　　　　　　　　MICHELLE M. PETTIT
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Notice of Appearance
United States v. Alfredo Acosta　　　　　3　　　　　　　　　　07CR3153-H