# SENTENCING SUMMARY CHART
[ **X** AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: February 25, 2008 9:00 A.M.

USPO ____
AUSA **X**
DEF ____

Defendant's Name: **ALFREDO ACOSTA**     Docket No. **07CR3153-H**
Attorney's Name: **Michelle M. Pettit**     Phone No.: **(619) 557-7450**

Guideline Manual Used: **November 1, 2007**     Agree with USPO Calc.: **No**

Base Offense Levels: (Drug Quantity if Applicable:) 48.04 kg Marijuana   [USSG § 2D1.1(c)(10)]     **20**

Reduced Base Offense Level for Minor Role [USSG § 2D1.1(a)(3)]     ____

Specific Offense Characteristics:

Victim Related Adjustment:     ____

Adjustment for Role in the Offense [USSG § 3B1.2]:     ____

Adjustment for Obstruction of Justice:     ____

Adjustment for Reckless Endangerment During Flight:     ____

Adjusted Offense Level:     **20**
___ Combined (Mult. Counts) ___ Career Off. ___ Armed Career Crim.

Adjustment for Acceptance of Responsibility: [ **X** Government Motion-USSG §3E1.1(b)]     **-3**
Total Offense Level:     **17**

Criminal History Score:     **0**

Criminal History Category:     **I**
___ Career Offender ___ Armed Career Criminal

Guideline Range:     from **24** mths
 (Range limited by: ___ minimum mand. ___ statutory maximum)     to **30** mths

Departures:
  Fast-Track Early Disposition [USSG §5K3.1]     **-2**

Resulting Guideline Range: Adjusted Offense Level **15**     from **18** mths
     to **24** mths

**RECOMMENDATION**: **18 Months**

| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | MICHELLE M. PETTIT<br>Assistant United States Attorney |
| 3 | California State Bar 253406<br>Federal Office Building |
| 4 | 880 Front Street, Room 6293<br>San Diego, California  92101-8893 |
| 5 | Telephone:  (619) 557-7450 |
| 6 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3153-H |
| | ) | |
| | ) | Date:   February 25, 2008 |
| Plaintiff, | ) | Time:   9:00 am |
| | ) | |
| v. | ) | Honorable Marilyn L. Huff |
| | ) | |
| ALFREDO ACOSTA, | ) | **GOVERNMENT'S SENTENCING** |
| | ) | **SUMMARY CHART AND** |
| | ) | **MOTION UNDER USSG § 3E1.1(b)** |
| Defendant. | ) | |
| | ) | |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Michelle M. Pettit, Assistant United States Attorney, hereby files its Sentencing Summary Chart and Motion under USSG § 3E1.1(b), which is based upon the files and records of this case.

DATED: February 18, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney


/s/ *Michelle M. Pettit*
MICHELLE M. PETTIT
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3153-H |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| ALFREDO ACOSTA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

I, Michelle M. Pettit, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Government's Sentencing Summary Chart and Motion under USSG § 3E1.1(b) as lead counsel for the United States, dated February 18, 2008, and this Certificate of Service, dated February 18, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Charles H. Adair**
Law Offices of Charles H. Adair
533 F Street
Suite 212
San Diego, CA 92101
(619)233-3161
Fax: (619)233-3127
Email: adair.c@sbcglobal.net
*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2008.

/s/ *Michelle M. Pettit*
MICHELLE M. PETTIT
Assistant United States Attorney